IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD STOREK, et al., | No. C 06-06810 CRB |
| Plaintiffs, | **JUDGMENT** |
| v. | |
| FIDELITY & GUARANTY INSURANCE UNDERWRITERS, INC., et al., | |
| Defendants. | |

    Having granted Defendant's motion for summary judgment, the Court hereby enters judgment against Plaintiff and in favor of Defendant.

**IT IS SO ORDERED.**

Dated: August 20, 2007

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2006\6810\judgment.wpd